```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 14730
   STEVEN D FLOYD
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-5719


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 11/09/2006 and was confirmed 03/12/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
 creditors 100.00%.

     The case was dismissed after confirmation 07/23/2007.
-------------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
 ABN AMRO MORTGAGE          NOTICE ONLY    NOT FILED            .00            .00
 ABN AMRO MORTGAGE GROUP    CURRENT MORTG       .00             .00            .00
 AMERICREDIT FINANCIAL SE   NOTICE ONLY    NOT FILED            .00            .00
 CHRYSLER CREDIT            NOTICE ONLY    NOT FILED            .00            .00
 GEMB/JC PENNEY             UNSEC W/INTER     385.10            .00            .00
 GEMB/OLD NAVY              UNSEC W/INTER  NOT FILED            .00            .00
 ECAST SETTLEMENT CORP      UNSEC W/INTER    1260.77            .00            .00
 LASALLE BANK               NOTICE ONLY    NOT FILED            .00            .00
 LASALLE BANK NA            CURRENT MORTG       .00             .00            .00
 LASALLE BANK NA            MORTGAGE ARRE       .00             .00            .00
 NICOR GAS                  UNSEC W/INTER  NOT FILED            .00            .00
 SEARS/CBSD                 UNSEC W/INTER  NOT FILED            .00            .00
 STATE FARM BANK            SECURED VEHIC    5400.00          42.26         637.89
 DAIMLER CHRYSLER FINANCI   SECURED VEHIC    6289.63          49.40         711.33
 DAIMLER CHRYSLER FINANCI   UNSEC W/INTER  NOT FILED            .00            .00
 STATE FARM                 UNSEC W/INTER  NOT FILED            .00            .00
 ABN AMRO MORTGAGE GROUP    MORTGAGE ARRE       .00             .00            .00
 RESURGENT CAPITAL SERVIC   UNSEC W/INTER     964.05            .00            .00
 PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER     633.13            .00            .00
 DEBRA J VORHIES LEVINE     DEBTOR ATTY      2,500.00                     1,423.76
 TOM VAUGHN                 TRUSTEE                                         186.36
 DEBTOR REFUND              REFUND                                             .00

          Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
 TRUSTEE                    3,051.00

 PRIORITY                                            .00
 SECURED                                         1,349.22
    INTEREST                                        91.66

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 14730 STEVEN D FLOYD
```

```
UNSECURED                                                          .00
ADMINISTRATIVE                                                1,423.76
TRUSTEE COMPENSATION                                            186.36
DEBTOR REFUND                                                      .00
                                        ---------------    ---------------
TOTALS                                         3,051.00           3,051.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
     Dated: 10/18/07           _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```